UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  CASE NO. 06-40483-TLH4
 CHAPTER 13
CHRISTOPHER H. ZIDAK, SR.
PEGGY D. ZIDAK

       Debtor(s)
_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 390124 in the amount of $5.67 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

CHRISTOPHER H. ZIDAK, SR.        CHEVRON CREDIT BANK, N.A
PEGGY D. ZIDAK                   2001 DIAMOND BLVD.
8740 MINNOW CREEK DR             P.O. BOX 5010, SECT. 230
TALLAHASSEE, FL 32312            CONCORD, CA 94524-0010

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
4/15/2010  8:57 am / CR_213           OFFICE OF CHAPTER 13 TRUSTEE